IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02345-RPM

AXIS REINSURANCE COMPANY,

        Plaintiff,

v.

TELETECH HOLDINGS, INC.,
TELETECH CUSTOMER CARE MANAGEMENT, INC., and
TELETECH SERVICES CORPORATION,

        Defendants.

_____

ORDER DENYING MOTION TO INTERVENE
_____

On January 25, 2007, Nantiya Ruan filed a pleading designated The Class Plaintiffs' Motion to Intervene in which the Court is requested to permit the "Class Plaintiffs" to intervene in this civil action to protect confidential information related to the action against Teletech Holdings, Inc., which is the subject of the dispute in this case concerning whether Axis Reinsurance Company has a duty of indemnification and in which Axis seeks to compel the insured to accept a reasonable settlement of that underlying litigation. The immediate objective of the motion to intervene is to support the class plaintiffs' motion to seal, submitted January 25, 2007, seeking to have this Court seal Exhibit H attached to the answer of defendants to the first amended complaint with counterclaim and jury demand, filed January 17, 2007. The parties in this action have responded to these motions, indicating that they have no opposition to the sealing of that particular document but expressed their concern with respect to the

potential for the Class Plaintiffs' counsel to participate in objections to discovery in the course of this litigation. That concern is well founded and it is apparent from the pleadings in the case to this time that the e-mail of October 19, 2006, was a preliminary offer that has obviously not been accepted and there is no prejudice shown to the settlement negotiations by this disclosure.

Because the question of the scope of any confidentiality agreements in the underlying litigation is a matter for the court having jurisdiction of that case and is not applicable to this Court's conduct of this litigation, it is

ORDERED that the motion to intervene and motion to seal are denied.

DATED: March 15th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge