# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-02345-RPM-MEH**

AXIS REINSURANCE COMPANY,

Plaintiff,

v.

TELETECH HOLDINGS, INC.,
TELETECH CUSTOMER CARE MANAGEMENT, INC., and
TELETECH SERVICES CORPORATION,

Defendants.

## ORDER

This matter coming before the Court upon the Defendants' Unopposed Motion for Leave to File Supplemental Brief in Opposition to AXIS's Motion for Partial Summary Judgment, the parties having received notice and the Court being advised in the premises,

IT IS HEREBY ORDERED THAT said motion is GRANTED and the Supplemental Brief attached thereto is accepted for filing.

Dated this 9th day of August, 2007.

BY THE COURT:

s/Richard P. Matsch

United States District Court Judge