IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02345-RPM

AXIS REINSURANCE COMPANY,

               Plaintiff,

v.

TELETECH HOLDINGS, INC.,
TELETECH CUSTOMER CARE MANAGEMENT, INC., and
TELETECH SERVICES CORPORATION,

               Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch**:

s/M. V. Wentz
 Secretary

     Plaintiff's Unopposed Motion for Leave to File Response to Defendants' Supplemental Brief in Opposition to Axis's Motion for Partial Summary Judgment [28] is granted to and including August 23, 2007.

Dated: August 13, 2007