**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: December 19, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 06-cv-02345-RPM

AXIS REINSURANCE COMPANY, Neil Holmen

    Plaintiff,

v.

TELETECH HOLDINGS, INC., Mark Parsky
TELETECH CUSTOMER CARE MANAGEMENT, INC., and Frank Porada
TELETECH SERVICES CORPORATION,

    Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Partial Summary Judgment**

**1:57 p.m.**    **Court in session.**

Court's preliminary remarks and its understanding of the case.

2:01 p.m.    Argument by Mr. Holmen.
2:21 p.m.    Argument by Mr. Parsky.
2:42 p.m.    Rebuttal argument by Mr. Holmen.

**ORDERED:** **Plaintiff's Motion for Partial Summary Judgment, filed March 30, 2007 [17], is denied.
Case stayed. Counsel shall file a status report regarding the status of the underline litigation by March 31, 2008**.

**2:57 p.m.**    **Court in recess.**

Hearing concluded.    Total time: 1 hr.