IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02345-RPM

AXIS REINSURANCE COMPANY,

        Plaintiff,

v.

TELETECH HOLDINGS, INC.,
TELETECH CUSTOMER CARE MANAGEMENT, INC., and
TELETECH SERVICES CORPORATION,

        Defendants.

_____

ORDER FOR ADDITIONAL STATUS REPORT BY DECEMBER 30, 2008
_____

Pursuant to this Court's order of December 19, 2007, the parties filed a joint status report on March 28, 2008, advising of the status of the underlying litigation. It appearing that no early resolution of that litigation is likely, it is

ORDERED that this civil action will continue to be stayed and the parties will file a status report on or before December 30, 2008.

DATED: March 31st, 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge