IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02345-RPM

AXIS REINSURANCE COMPANY,

        Plaintiff,

v.

TELETECH HOLDINGS, INC.,
TELETECH CUSTOMER CARE MANAGEMENT, INC., and
TELETECH SERVICES CORPORATION,

        Defendants.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [41], filed on September 24, 2010, it is

ORDERED that this action is dismissed with prejudice as to both the claims of

AXIS against TeleTech and as to the counterclaims of TeleTech against AXIS.

DATED: September 27th, 2010

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge